**No. 47274.**—Protest 83061–K of Armand Schwab & Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of hemp knotted straw hats, not blocked or trimmed, not bleached, dyed, colored, or

stained, and that they are similar in all material respects to the merchandise involved in Abstract 46497. The protest was sustained to that extent.